GKROLIN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Darrell Carter** | ) | |
| **Sonya Carter** | ) | **No. 16-01003** |
| | ) | |
| | ) | |
| Debtor(s), | ) | |

### NOTICE OF MOTION

TO:   Office of U.S. Trustee, Via CM/ECF
       David H. Cutler Esq., Via CM/ECF

   PLEASE TAKE NOTICE that on the **27th day of March, 2020** at the hour of 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JANET S. BAER, Bankruptcy Judge, at the Kane County Courthouse, 100 South Third Street, Room No. 240, Geneva, Illinois, or before such other Judge as may be sitting in her place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

                                    /s/   GINA B. KROL
                                    GINA B. KROL
                                    105 W. Madison St., Ste 1100
                                    Chicago, IL 60602
                                    312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |

   GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto, directed to the persons shown above, by Electronic Means, this 10th day of March, 2020.

                                    /s/   GINA B. KROL

IN THE MATTER IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Darrell Carter** | ) | **No. 16-01003** |
| **Sonya Carter** | ) | |
| Debtor(s), | ) | |

**APPLICATION TO EMPLOY ATTORNEYS FOR TRUSTEE**

TO THE HONORABLE JANET S. BAER,
    BANKRUPTCY JUDGE

Now comes GINA B. KROL, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1.    She is the duly appointed, qualified and acting Trustee in the above-entitled proceeding.

2.    Legal services in the nature of the employment of professionals, examination of legal documents, and pursue or settle a personal injury action

3.    Trustee further represents that JOSEPH E. COHEN and GINA B. KROL of the firm of COHEN & KROL are duly authorized to practice law before this Honorable Court, are familiar with bankruptcy proceedings and that no conflict exists between the Trustee, GINA B. KROL, the creditors herein, the Debtor, or any person whomsoever entrusted in the within proceedings.

4.    Trustee further represents to this Honorable Court that it would be in the best interest of this Estate and of the creditors herein that the firm of COHEN & KROL be authorized to perform all legal duties and services and obligations as might be required in the administration of this Estate because the legal action that is to be undertaken in the nature of accepting offers on the sale of the Debtor's real estate and possibly objecting to claims, COHEN & KROL has continually represented various Trustees in similar matters and are well versed in issues facing this Trustee.

Further, that the employment of COHEN & KROL as Attorney for the Trustee will substantially reduce the costs to the Estate, in that, the Trustee can work more efficiently with its own attorneys, save substantial telephone and conference time and reduce out-of-pocket expenses which may be incurred herein.

     5.     Compensation for such legal services be hereinafter determined in the within proceedings.

     6.     To the best of the Trustee's knowledge, JOSEPH E. COHEN and GINA B. KROL of the firm of COHEN & KROL, have no connection with the Debtor, any creditor, any other party in interest including their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the U.S. Trustee.

     7.     Additional hereto and made a part hereof, is the Affidavit of JOSEPH E. COHEN and GINA B. KROL in compliance with the rules of this Court.

     WHEREFORE, your Trustee, GINA B. KROL, prays for the entry of an order herein, authorizing your Trustee to employ JOSEPH E. COHEN and GINA B. KROL Attorneys, of the firm of COHEN & KROL, to perform all legal services necessary or required in the administration of this Estate and a compensation for services as said attorneys to be hereinafter determined by this Court, and for such other and further relief as the Court shall deem equitable and proper.

| | |
|---|---|
| GINA B. KROL<br>JOSEPH E. COHEN<br>COHEN & KROL<br>105 W. Madison St., Ste 1100<br>Chicago, IL 60602<br>312/368-0300 | GINA B. KROL, Trustee<br><br><br><br>/s/    GINA B. KROL<br>One of Attorneys for Trustee |